



# MEMORANDUM OPINION

No. 04-11-00614-CV

**IN THE INTEREST OF M.R.B.**, et al., Children

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-0988-CV
Honorable Karin Bonicoro, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed:  October 5, 2011

DISMISSED FOR LACK OF JURISDICTION

Appellant seeks to appeal a status hearing order in a parental termination proceeding.  A status hearing order is not an appealable order.  *See In re J.H.*, No. 09-05-015-CV, 2005 WL 623230, at *1 (Tex. App.—Beaumont Mar. 17, 2005, no pet.); *see also* TEX. FAM. CODE ANN. § 263.405 (West 2008) (authorizing appeal of a final order in a termination proceeding).

On August 30, 2011, appellant was ordered to show cause in writing why this appeal should not be dismissed for lack of jurisdiction.  The deadline for appellant's response was September 14, 2011.  No response was filed.  Because this court does not have jurisdiction to

consider the order appellant seeks to appeal, this appeal is dismissed for lack of jurisdiction. Costs of the appeal are taxed against appellant.

PER CURIAM